[No. 13537–6–I. Division One. November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE COLE VIBBERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00078–1, Norman W. Quinn, J., entered July 29, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Coleman, JJ.

[No. 13553–8–I. Division One. November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY L. KNUDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00671–2, Terrence A. Carroll, J., entered July 6, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Corbett, J.

[No. 13686–1–I. Division One. November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND ADRIAN GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00765–4, Robert C. Bibb, J., entered August 1, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Ringold and Corbett, JJ.

[No. 13741–7–I. Division One. November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY SAVAGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–02234–9, Peter K. Steere, J., entered September 29, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Corbett, J.